**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Ft. Lauderdale Division

In re:
Jose Antonio Torres                                              Case No. 19-18488-JKO
                                                                 Chapter 13

_____Debtor_____/

**DEBTOR'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES,**
**EXPENSES AND CHARGES FILED BY BANK OF AMERICA, N.A.**

COMES NOW the Debtor, Jose Antonio Torres, by and through his undersigned counsel, and files this Objection to the Notice of Postpetition Mortgage Fees, Expenses and Charges filed by Bank of America, N.A. on January 8, 2020 (the "Notice") and as grounds therefore would show:

1. The Notice includes attorney's fees that are unreasonable and excessive, namely attorney's fees totaling $650.00 for filing of a proof of claim, and which appears far above the amounts customarily charged for such services.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order reducing the fees to $250.00, or to another amount deemed reasonable, and for such other relief as the Court may deem just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court, as set forth in Local Rule 2090-1(A).

Dated: January 20, 2020

                                                                   First Legal P.A.
                                                                   Attorney for Debtor(s)
                                                                   1930 Harrison Street Ste. 209
                                                                   Hollywood, FL 33020
                                                                   Sburshteyn@firstlegalpa.com
                                                                   (954) 998-1488

                                                                   By: /s/ Simona Burshteyn, Esq._____
                                                                        Simona Burshteyn
                                                                        Florida Bar No. 105075